IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LIVE FACE ON WEB, LLC         :
                                                      :
v.                                     :     CIVIL ACTION NO. 17-539
                                                      :
ROCKFORD MAP GALLERY, LLC, et al. :

**ORDER**

**AND NOW**, this **19th** day of **March, 2018**, upon consideration of the letter from Mr. Patrick Keane received on March 16, 2018, which is attached hereto, it is hereby **ORDERED** that:

1. The letter is construed as a motion to for relief under Federal Rule of Civil Procedure 60(b);

2. Plaintiff may respond to the motion by **Tuesday, April 3, 2018**;

3. A hearing and oral argument on the motion shall be held on **Tuesday, April 17, 2018 at 2:00 p.m. in Courtroom 15A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106**. Mr. Keane's failure to appear may result in the denial of his motion. Moreover, the Court recommends that Mr. Keane attempt to retain counsel before the hearing; and

4. The Clerk of Court is directed to send a copy of this Order to Mr. Patrick Keane at The Map Company, 1800 Lovering Ave., Wilmington, Delaware, 19806.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO,   J.

**Patrick Keane**
**The Map Company(Owner)**
**1800 Lovering Ave**
**Wilmington, DE 19806**
302-333-3677
patrick.keane@comcast.net
Rockfordpublishing@gmail.com

MAR 1 6 2018

## Response to the court concerning case 1:17-cv-00539-UNA

MAR 1 6 2018   Dear Honorable Eduardo C. Robreno,
Please read this letter.

This is the single worst nightmare of my families life and it is real. About a year ago I received a large envelope containing a complaint against my map store. I reached out to Vladislav Tinovski, attorney for 'live face on the web' and explained I never purchased from his client and that there must be some kind of mistake. He told me if that were true then not to worry, that this was part of a national campaign of sorts. I was relieved.

About another 6-8 months goes by and I again receive the same type of envelope delivered to my map store in Wilmington DE and again reach out to the lawyer, but this time I am much more concerned. Vladislav calms me down and tells me he did not remove my name from his clients list and apologizes and assures me I need not worry since my purchase was not from his client.

At this point, I was adamant about having my name removed. He told me if the court wanted to speak to me they would send me a court date to visit them. I have been to court before for landlord tenant issues and traffic court so I believed this to be true.

Fast forward to Feb 21 2018, I get a notice in the mail that a judge had a trial without my presence and entered a judgment of $227,343.91 against me.

Outraged, angry, and frightened I began to look on the Internet for help and have included my findings with this letter to the court. Basically I am the victim off what is known as **frivolous patent trolling lawsuits**.

This is an *evil* practice meant to force out-of-court settlements and thus avoid costly litigation which small businesses can seldom afford. As of today, Live Face On The Web has filed **over 200** frivolous lawsuits.

This is like going to Home Depot, buying a power tool, and a year later having Black and Decker sue you...

It just doesn't make any sense.

Is it a common practice for an attorney to placate a defendant into a false sense of security so it becomes a slam dunk by-default judgment for the attorney?

Perhaps Vladislav sensed I was an unsophisticated businessman, I do not know. I would like my day in court to defend myself against this judgment that would otherwise result in all my wealth being taken away from me and my family.

I have worked 40 years proudly selling maps first as a teenager out of my trunk, and now as a 56 year old man with a successful online presence. I am proud of my business and want to pass it on to the next generation, this judgment will see that that never occurs.

This is beyond a nightmare.

Please see this case for what it really is, and either tell Vladislav it is groundless or at least give me a chance to hire a lawyer and defend myself.

I pray the courts will help me get this mess straightened out and vacate this judgment.

Pursuant to rule 58 of the federal rules of civil procedure, please vacate this judgment on grounds of fraud against the court or any reason the court deems fit.

-Patrick Keane 03/15/18

**DIGITAL JOURNAL**   👍 Like   Log In

NEWS | TECH & SCIENCE | SOCIAL MEDIA | BUSINESS | ENTERTAINMENT | LIFE | SPORTS

SEARCH...

## Press Release

More press releases»

TOP NEWS

LATEST NEWS

# Video Spokesperson Company Files Large Number of Frivolous Copyright Infringement Lawsuits

Chef David Burke to open two restaurants at The Garden City Hotel



US warns of action in Syria as it pushes new ceasefire



Virtual Salesperson Company, Live Face on Web LLC, Files An Astronomical Number of Frivolous Copyright Infringement Lawsuits Against Unsuspecting and Innocent Small Business Owners.

This press release was orginally distributed by ReleaseWire

New York, NY -- (ReleaseWire) -- 07/20/2015 -- Eduard Shcherbakov, Owner Of Live Face on Web LLC, Files Massive Caseload of Frivolous Copyright Infringement Lawsuits.

Cyberattacks using Microsoft PowerShell soar by over 400%



Live On Web LLC's owner Ed Shcherbakov, has recently proceeded to file a large number of copyright infringement lawsuits against business owners that paid for a video spokesperson / video salesperson service through a completely company. Many of these website live actor walk on service providers clients have also been lumped into these lawsuits. These innocent small business owners are being forced to pay thousands of dollars in litigation costs just to prove that they purchased a service. Some of these unsuspecting business owners have also been duped into settling out, some to the tune of a 150k-250k per offense. Not to worry though, Live Face On Web reportedly is flexible in making payment arrangements.

Tesla suspended production of Model 3 briefly in late February



Climate protest prompts partial evacuation at Louvre



One anonymous defendant stated, "I contacted Live Face On Web to simply see what this complaint was all about, and I was told that I am basically going to have to pay 250k for copyright infringement. I was also told to by Live Face On Web to simply let my business insurance take care of it, or they could set up monthly payment arrangement. How gracious of them".

Software and hardware licensing is big business, especially when you throw in open source software, common coding, free use, API's, patents, copyrights, trademarks, etc. The question remains in this particular case, how can these small business owners that do not have the slightest notion that they are in fact committing copyright infringement, get taken to court and sued for direct and/or vicarious(indirect) copyright infringement. One of the supposed identifying components included in some of these complaints highlight the character set "If_" as one of Live Face On Web's methods of "labeling" their flash cverlay technology. The characters "If_" are also common coding sets used in a wide variety of programming languages, along with being used in a wide variety of software and hardware alike.

In 2015 alone there have been over 30+ new complaints filed by Live Face On Web LLC.

**DIGITAL JOURNAL**   👍Like                                                              Log In

| NEWS | TECH & SCIENCE | SOCIAL MEDIA | BUSINESS | ENTERTAINMENT | LIFE | SPORTS |

[f] [y] [g+]   SEARCH...

Do the math- $400 for the filing fees per complaint,
Attorney fees associated with the filing of complaint by said lawyer- $1,600 =
$2,000 x 30+ cases= approximately $60,000.00+ in legal complaint filing fees alone.

Common Law Definition of Barratry-
Source: Wiki

"Barratry is a legal term with several meanings. In common law, barratry is the offense committed by people who are "overly officious in instigating or encouraging prosecution of groundless litigation" or who bring "repeated or persistent acts of litigation" for the purposes of profit or harassment.[1] It is a crime in some jurisdictions. If litigation is for the purpose of silencing critics, it is known as a strategic lawsuit against public participation (SLAPP). Jurisdictions that otherwise have no barratry laws may have SLAPP laws."

"Several jurisdictions in the United States have declared barratry (in the sense of a frivolous or harassing litigant) to be a crime as part of their tort reform efforts. For example, in the U.S. states of California, Oklahoma, Pennsylvania, Virginia, and Washington, barratry is a misdemeanor.[5][6] In Texas, however, barratry is a misdemeanor on the first conviction, but a felony on subsequent convictions.[7]"

One can only ascertain that with so many recent lawsuits being filed, while taking into consideration how long it has taken to file all of these lawsuits since Live Face On Web has been in business and had their patent approved, that this company is doing nothing more than patent trolling for profits. The question is, when will our illustrious judicial system step in and stop these types of flagrant abuses of our what are obvious loopholes(to say the least) in our legal systems. The defendants in this particular instance are being subjected to what could be construed in many legal circles as barratry, along with counter suits being filed by defendants for blackmail, extortion, defamation of character, emotional distress, loss of business revenue, legal fees, etc.

About the Cause "Campaign Against Live Face On Web's Massive Amount of Frivolous Copyright Infringement Lawsuits"
The cause is to simply inform the public of information pertaining to the large number of copyright infringement lawsuits filed by Live Face On Web. There are literally thousands of websites and businesses that have ran, and currently run this live video salesperson technology on their websites legitimately. All of these business and website owners are at risk of being sued along with being at jeopardy of losing everything.

When does this "madness" stop?
https://livefaceonweblawsuits.wordpress.com/

For more information on this press release visit: http://www.releasewire.com/press-releases/video-spokesperson-company-files-large-number-of-frivolous-copyright-infringement-lawsuits-610988.htm

## Media Relations Contact

Microsoft launches new AI-powered healthcare services
 Like

Review: Rozzi tackles heartbreak in new radio single 'Never Over You' SPECIAL
 Like

World's biggest plane marks another milestone
 Like

Tsipras replaces migration minister in Greek reshuffle
 Like

California's cannabis market is going to be bigger than beer
 Like

Patrick & MATTHEW KEANE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br><br>vs.<br><br>ROCKFORD MAP GALLERY, LLC, and FIRST STATE MAP & GLOBE CO. D/B/A ROCKFORD PUBLISHING and PATRICK KEANE, | Civil Action<br><br>No.: 1:17-cv-00539-ER |

### ORDER

AND NOW, this **21st** day of **February, 2018**, upon consideration of Plaintiff's unopposed Motion for Entry of Final Default Judgment (Doc. 12), and after a hearing on February 20, 2018, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Entry of Final Default Judgment against defendants Rockford Map Gallery, LLC, First State Map & Globe Co. d/b/a Rockford Publishing, and Patrick Keane (the "Defendants") is **GRANTED**; and

2. **JUDGMENT is entered in favor of Plaintiff Live Face on Web, LLC** against Defendants, jointly and severally, in the aggregate sum of $227,343.91, representing $935.90 in video production fees, a $186,300 principal for licensing/royalty fees during the infringement period, and $40,108.01 in pre-judgment interest.

3. Interest on the judgment shall accrue at the Delaware legal rate of 6.75% per annum from the date of this Order.

4. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, this Order shall constitute a final judgment of this Court and the case shall be marked **CLOSED**.

AND IT IS SO ORDERED.

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

b) Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

c) A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendants from further infringement, including but not limited to the cessation of operation of Defendants' Websites;

d) An award of actual damages and disgorgement of profits against Defendants under §504;

e) An award under 17 U.S.C. § 505 allowing recovery of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

f) Such and other relief as the Court deems appropriate.

## JURY DEMAND

LFOW demands a jury trial on all issues so triable.

Respectfully Submitted,

*Of Counsel*:

Vladislav Tinovsky, Esquire
Joseph Gable, Esquire
TINOVSKY LAW FIRM
5 Neshaminy Interplex
Suite 205
Trevose, PA 19053
215-568-6860
vtinovsky@tinovsky.com
jgable@tinovsky.com

/s/ *George Pazuniak*
George Pazuniak, Esq. (DE Bar No. 478)
O'KELLY & ERNST, LLC
901 N. Market Street
Suite 1000
Wilmington, DE 19801
302-478-4230
gp@del-iplaw.com

*Counsel for Plaintiff Live Face on Web, LLC*

3/12/2018    Ripoff Report | Eduard Shcherbakov and Live Face On Web is a Scammer, patent troll , liar and thief Complaint Review Newto...

Case 1:17-cv-00539-ER    Document 22    Filed 03/20/18    Page 9 of 11 PageID #: 277



(//www.google.com/maps/place/2300+JASE+DR%2C+NEWTOWN+PA+18940%2C+Newtown%2C+Pennsylvani

# Eduard Shcherbakov and Live Face On Web is a Scammer, patent troll , liar and thief OLGA SHCHERBAKOV,Eduard H Shcherbakov 2300 JASE DR # 141, NEWTOWN, PA 18940-2935 Stole a javascript from Adobe, added a line of code, then copyrighted it and has sued over fifty companies in the hopes of settling without litigation Newtown Pennsylvania



**REBUTTAL BOX™ | Respond to this Report! (/file/comment/1400245) | Consumer Comment (/file/comment/1400245)** 

 (/corporate-advocacy-program/change-report-from-negative-to-positive) (?) (/corporate-advocacy-program/change-report-from-negative-to-positive)

Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (https://www.ripoffreport.com/file/comment/1400245) (?)

File New Report (/file-report) (?)

1/12/2018 Ripoff Report | Eduard Shcherbakov and Live Face On Web is a Scammer, patent troll , liar and thief Complaint Review Newto...

Case 1:17-cv-00539-ER   Document 22   Filed 03/20/18   Page 10 of 11 PageID #: 278

REGISTER (/GO/REGISTER)   LOGIN (/GO/LOGIN)   



(/)

FILE A REPORT ...it's Free! **(/file-report)**

Company Name or Report #   SEARCH

**Review Latest Reports** (/reports/latest-reports)   **Advanced Search** (/reports/advanced)

**Browse Categories** (/categories)

Latest Reports (/reports/latest-reports)   Advanced Search (/reports/advanced)

▶ (/consumers-say-thank-you/ripoff-report-in-the-media)   f (https://www.facebook.com/RipoffReportWebsiteSocialPage/)   🐦 (https://twitter.com/ripoffreport)

Report: #1400245

# Complaint Review: Eduard Shcherbakov and Live Face On Web is a Scammer, patent troll , liar and thief

**Submitted:** Fri, September 15, 2017   **Updated:** Fri, September 15, 2017
**Reported By:** SEO Specialist — United States of America

**Eduard Shcherbakov and Live Face On Web is a Scammer, patent troll , liar and thief**
2300 JASE DR, NEWTOWN PA 18940
Newtown, Pennsylvania
USA
**Phone:** (215) 834-4694 (
**Web:** (215) 834-4694 (http://(215) 834-4694 )
**Category:** Computer Software (https://www.ripoffreport.com/reports/computers-internet/computer-software)

3/12/2018 Ripoff Report | Eduard Shcherbakov and Live Face On Web is a Scammer, patent troll , liar and thief Complaint Review Newto.

Case 1:17-cv-00539-ER   Document 22   Filed 03/20/18   Page 11 of 11 PageID #: 279

← Is this
# Ripoff Report
About you?

# Ripoff Report
A business' first
line of defense
**on the Internet.**

If your business is
willing to make a
commitment to
customer satisfaction
**Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)**

Eduard is not just a patent troll, but the worst kind as he doesnt go after patent infringement he goes after Copyright infringement as his patent was already invalidated and he owns absolutely nothing.

Just Google his name you will see over thirty lawsuits filed over copyright infringement for a service that was paid for legitimately by many businesses. (some flash

After his patent was invalidated, he then went and filed a copyright on a Javascript made by Adobe and stolen by Eduardo and then added another line of code on top of it.

The lawsuits are not just frivolous they are outright ridiculous and take advantage of the lack of technical knowledge and basic knowledge of lines of code of simple websites.

Even if someone had something on their site for a day as a test, he will screengrab the code and then create a lengthy court case out of it and bury it under technical terms and jargon that forces the courts to delay and create discoveries since nobody in the court system can look at the claim and throw it out immediately.

Eduard has already filed for bankruptcy and gets shady lawyers involved in his proceedings

The latest lawyer involved (who should be arrested for filing these types of cases knowing that he has no IP and no case at all ) is

IMRAN F VAKIL
(714) 974-3400
(714) 321-4100

ivakil@hotmail.com

**(IMRAN FAROOQ VAKIL)**