IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LIVE FACE ON WEB, LLC  :
:
v.  :  CIVIL ACTION NO. 17-539
:
ROCKFORD MAP GALLERY, LLC, et al.  :

# O R D E R

**AND NOW,** this **9th** day of **May, 2018**, upon consideration of the motion for relief under Federal Rule of Civil Procedure 60(b) (ECF No. 21) and the response and replies thereto (ECF Nos. 30, 34, 37), and after oral argument on this same date and for the reasons stated on the record during that argument, it is hereby **ORDERED** that the motion for relief is **GRANTED in part** and **DENIED in part** as follows:

1. the default judgment entered by this Court on February 21, 2018 (ECF No. 20) is **LIFTED** pursuant to Fed. R. Civ. P. 60(b)(1) and the case shall be **REOPENED**;

2. as an effective sanction in lieu of default judgment, by **Monday, May 21, 2018,** Plaintiff may file a petition for reasonable fees associated with the entry of default and default judgment, supported by evidence such as time sheets indicating the hours worked on relevant issues and applicable hourly rates;

3. by **Friday, June 1, 2018**, Defendant may file any objections to the fee petition; and

4. by **Monday, May 21, 2018,** Defendant may file a response to Plaintiff's complaint filed on May 5, 2017.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**