IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKFORD MAP GALLERY, LLC, et al.<br><br>Defendants. | Civil Action<br><br>No.: 1:17-cv-00539-ER |

## PRETRIAL SCHEDULING ORDER

AND NOW, to wit, this **11th** day of **March, 2019**, IT IS **ORDERED** as follows:

1. All fact discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by **October 1, 2019**.

2. Parties shall serve, on or before **November 1, 2019**, reports of expert witnesses with respect to issues on which they have the burden of proof.

3. Parties shall serve, on or before **December 2, 2019**, any responsive reports of expert witnesses. Depositions of experts will be completed by January 31, 2020.

4. Any Daubert motion, summary judgment motion, or other dispositive motion, together with supporting brief, shall be filed and served on or before **February 28, 2020**. Responsive briefs shall be filed on or before **March 16, 2020**. Reply briefs, if any, will be filed on or before **March 27, 2020**.

5. The parties shall prepare and submit a proposed pretrial order pursuant to D. Del. LR 16.3 no later than 7 days prior to the final Pretrial Conference. Any motions in limine, together with oppositions and replies, should be submitted with the final pretrial order.

6. The Court will hold a final pretrial conference to be scheduled in **April 2020**.

7. The case will be placed in the trial pool on **June 1, 2020**.

AND IT IS SO ORDERED

3/11/2019

_____
Honorable Eduardo C. Robreno, U.S.D.J.